**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TIMOTHY WAYNE ARNETT, | ) | NO. CV 11-5896-JAK(E) |
| Plaintiff, | ) | |
| v. | ) | ORDER ADOPTING FINDINGS, |
| UNKNOWN, | ) | CONCLUSIONS AND RECOMMENDATIONS |
| Defendant. | ) | OF UNITED STATES MAGISTRATE JUDGE |
| _____ | ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that the "First Amended Criminal Complaint" is dismissed without leave to amend.

IT IS FURTHER ORDERED that Judgment shall be entered dismissing the action without prejudice.

///

1  IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of
2  this Order and the Judgment of this date on Plaintiff.

4  DATED: September 15, 2011.

```
                              _____
                                    JOHN A. KRONSTADT
                              UNITED STATES DISTRICT JUDGE
```