```
 1
 2
 3
 4
 5
 6
 7
 8                         UNITED STATES DISTRICT COURT
 9                        CENTRAL DISTRICT OF CALIFORNIA
10
11   TIMOTHY WAYNE ARNETT,         )     NO. CV 11-5896-JAK(E)
                                   )
12                Plaintiff,       )
                                   )
13        v.                       )     JUDGMENT
                                   )
14   UNKNOWN,                      )
                                   )
15                Defendant.       )
                                   )
16   _____)
17
18        IT IS ADJUDGED that the action is dismissed without prejudice.
19
20        DATED: September 15, 2011.
21
22
23                              _____
                                       JOHN A. KRONSTADT
24                              UNITED STATES DISTRICT JUDGE
25
26
27
28
```