**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TIMOTHY WAYNE ARNETT, | ) | NO. CV 11-5896-JAK(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| UNKNOWN, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: September 15, 2011.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE